**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul G. Amann, | No. MC-22-08003-PCT-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Attorney General of the State of Utah, et al., | |
| Defendants. | |

Pending before the Court are two "notices" filed by Wanda Amann, both of which request relief from the Court and should have been filed as motions. Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion."). The Court will construe Amann's "Notice of Third Party Witness' Medical Emergency" (Doc. 17) as a motion to continue the November 14, 2022 hearing requiring her to show cause why she should not be held in civil contempt and will construe her "Notice of Compliance with Defendants' Subpoena and Request to Vacate Hearing and Dismiss Case" (Doc. 19) as a motion to vacate the hearing and terminate this action. Both motions are denied.

On Friday, November 11, 2022, Ms. Amann filed her notice regarding her "medical emergency" (Doc. 17), which the Utah AG has opposed. (Doc. 18.) Ms. Amann asserts that "she has contracted the COVID-19 virus, is quarantined until at least November 21, 2022; is suffering severe symptoms and is therefore unable to either prepare to defend against the pending contempt allegations or attend the hearing currently set for Tuesday, November 15, 2022." (Doc. 17.) She attached a doctor's note. (Doc.

17-1.) The Utah AG argues that Ms. Amann "has submitted insufficient evidence to warrant the requested continuance" and notes that "[t]he timing of Ms. Amann's motion is questionable" as it was filed an hour after the Utah District Court denied her husband's motion to issue a protective order to stop enforcement of the subpoena at issue in this litigation and this Court's orders that Ms. Amann must comply. (Doc. 18 at 1-2.) The Utah AG further notes a lack of specificity as to Ms. Amann's symptoms, Ms. Amann's previous evasive conduct and "cavalier attitude toward this Court's orders," her continued failure to comply with the subpoena, and hardship to the Utah AG in that counsel has secured a nonrefundable airline ticket to Phoenix for tomorrow's hearing. (*Id.* at 2-3.)

Today—Monday, November 14, 2022—Ms. Amann filed her notice of "compliance," which indicates that she attempted compliance this morning "despite suffering from the COVID-19 virus" by attempting to deliver the records to the address in the subpoena, but "the party identified for delivering the documents is no longer there," such that Ms. Amann mailed the records instead. (Doc. 19.)

Despite Ms. Amann's attempt at compliance with the subpoena, she will still need to show cause why she should not be held in civil contempt for violating the Court's orders. If she is able to demonstrate that she has finally complied with the subpoena, no coercive measures will be necessary. However, "[c]ivil contempt sanctions . . . are employed for two purposes: to coerce the [contemnor] into compliance with the court's order, *and to compensate the complainant for losses sustained*." *Whittaker Corp. v. Execuair Corp.,* 953 F.2d 510, 517 (9th Cir. 1992) (emphasis added). Thus, even if Ms. Amann establishes that coercive measures are no longer necessary, compensatory measures remain at issue.

Ms. Amann is apparently well enough to attempt delivery of the materials, and considering the seriousness of the conduct at issue and the hardship a continuance would cause the Utah AG, the Court will not continue tomorrow's hearing. Ms. Amann may participate in person, masked, or she may choose to participate telephonically. Ms.

Amann shall notify the Court via email (at Lanza_Chambers@azd.uscourts.gov) **by 4:00 p.m. today** how she plans to participate.

Accordingly,

**IT IS ORDERED** that Ms. Amann's requests to continue tomorrow's hearing (Doc. 17) or vacate it (Doc. 19) are **denied**.

**IT IS FURTHER ORDERED** that Ms. Amann shall notify the Court via email (at Lanza_Chambers@azd.uscourts.gov) **by 4:00 p.m. today** as to whether she will participate at tomorrow's hearing in person or telephonically.

Dated this 14th day of November, 2022.

Dominic W. Lanza
United States District Judge